AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

| | |
|---|---|
| United States of America<br>v.<br>ARTHUR LEE COFIELD | )<br>)<br>)  Case No.  2:26-MJ-33<br>)<br>)<br>)<br>) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ May 26, 2026 _____ in the county of _____ Wayne _____ in the
_____ Southern _____ District of _____ Georgia _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 751(a) | Escape from Custody |

This criminal complaint is based on these facts:
See attached and incorporated affidavit.

☑ Continued on the attached sheet.

/s/ *Garrett Frieberg*
*Complainant's signature*

Garrett Frieberg, Deputy U.S. Marshal
*Printed name and title*

Sworn to before me and signed via video-conference.

Date: _____ 05/27/2026 _____

*Judge's signature*

City and state: _____ Brunswick, Georgia _____   Benjamin W. Cheesbro, U.S. Magistrate Judge
*Printed name and title*