**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

**AFFIDAVIT IN SUPPORT OF COMPLAINT**

1.      I am a Deputy United States Marshal, a federally certified officer of the United States Marshal Service and have been since June 2017.  I am currently assigned to the United States Marshal Service – Southern District of Georgia. I am a duly sworn Federal investigative law enforcement officer.

2.      I submit this affidavit in support of a criminal complaint and arrest warrant for ARTHUR LEE COFIELD for the offense of Escape, in violation of Title 18, United States Code, Section 751(a), the subject offense.

3.      Title 18, United States Code, Section 751(a), punishes a person "who escapes or attempts to escape from the Attorney General, or his authorized representative, or from any institution or facility in which he is confined by direction of the Attorney General, or from any custody under or by virtue of any process issued under the laws of the United States by any court, judge, or magistrate judge, or from the custody of an officer or employee of the United States, pursuant to lawful arrest …."

4.      ARTHUR LEE COFIELD, was born xx/xx, 1991, (date known to law enforcement) and is a black male.

5.    The information provided in this affidavit is based on my personal knowledge and investigation and information conveyed to me by other law enforcement officials. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.  I have set forth only the facts and circumstances that I believe are necessary to establish probable cause to believe that ARTHUR LEE COFIELD, violated the subject offense.

6.    On or about January 5, 2024, United States District Court Judge Steven C. Jones, of the Northern District of Georgia ("NDGA"), sentenced ARTHUR LEE COFIELD to be committed to the custody of the Federal Bureau of Prisons for a total of 135 months' confinement followed by three years' supervised release after pleading guilty in two separate cases to Conspiracy to Commit Bank Fraud, in violation of Title 18, United States Code, Section 1349, and Aggravated Identity Theft, in violation of Title 18, United States Code, Section 1028A, in NDGA Case Number 1:20-CR-0481-SCJ-01, and Conspiracy to Commit Mail and Wire Fraud, in violation of Title 18, United States Code, Section 1349 in NDGA Case Number 1:23-CR-0135-SCJ.

7.    On March 13, 2026, COFIELD arrived at the Federal Correctional Institute (FCI) Jesup in Jesup, Georgia, located in the Southern District of Georgia, to serve the remainder of his federal sentence. COFIELD has been designated to serve his sentence at FCI Jesup since that date. COFIELD was specifically assigned to FCI Jesup's satellite camp.

8. On Tuesday, May 26, 2026, at approximately 4:30 p.m., the lieutenant's office at FCI Jesup was notified by the FCI Jesup control center of a missing inmate from the camp section of FCI Jesup during the 4:00 p.m. institutional stand-up count (a procedure to account for all designated inmates). A second count was initiated as a bed book count (a secondary procedure utilizing inmate ID card verification) which noted inmate COFIELD being absent. A third count was then initiated which resulted in inmate COFIELD still not present within FCI Jesup.

9. Because inmate COFIELD's whereabouts are unknown, he is classified as an escaped federal offender.

10. Based on the foregoing, your affiant submits that there is probable cause to believe that ARTHUR LEE COFIELD violated 18 U.S.C. § 751(a) by escaping from the custody of the United States Bureau of Prisons, where he was in custody by virtue of a judgment and conviction issued by the United States District Court in the Northern District of Georgia.

*/s/ Garrett Frieberg*

_____

Garrett Frieberg
U.S. Deputy Marshal

Sworn to and subscribed before me
by video-conference this 27th day of May, 2026

_____

Benjamin W. Cheesbro
United States Magistrate Judge